UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOLD TOUCH INVESTMENT SPE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05881-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on September 25, 2018. Dkt. No. 1. Pursuant to the Court's February 27, 2019 order, Mr. Johnson's last day to file an administrative motion requesting a case management conference was seven days after the mediation. Dkt. No. 24. According to the docket entry dated April 24, 2019, the parties' deadline to complete mediation was July 22, 2019. Mr. Johnson did not file a motion for a case management conference, nor did he seek relief from that deadline. It is unclear whether a mediation ever took place.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **December 10, 2019** and to appear before the Court on **December 17, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

///

///

**IT IS SO ORDERED.**

Dated: December 4, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge