UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLD TOUCH INVESTMENT SPE, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-05881-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on September 25, 2018. Dkt. No. 1. Pursuant to the Court's December 19, 2019 order granting the parties' stipulated request for an extension of time, the parties' deadline to complete mediation was extended to January 29, 2020. Dkt. No. 37. According to the docket entry dated January 28, 2020, the mediation scheduled for January 29 was taken off calendar. Dkt. No. 39. Mr. Johnson's last day to file an administrative motion requesting a case management conference was February 5, 2020. Dkt. No. 37. Mr. Johnson did not file a motion for a case management conference on February 5, 2020, nor did he seek relief from that deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **February 11, 2020** and to appear before the Court on **February 18, 2020 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

///

**IT IS SO ORDERED.**

Dated: February 6, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge